IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01392-WYD-KMT

ALLIED 100, LLC,

    Plaintiff,

v.

NARVA ENTERPRISES, LLC, d/b/a AEDS TODAY,

    Defendant.

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice filed October 17, 2011.  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved.  Accordingly, it is

    ORDERED that the Stipulation of Dismissal with Prejudice (ECF No. 24) is **APPROVED** and this matter, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE**.

    Dated:  October 18, 2011

                                    BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge